IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JERRY DEAN BURDEN,** *Plaintiff,* § § § | |
| § | **CASE NO. 1:25-CV-00091-ADA-SH** |
| *v.* § § | |
| **FRANK BISIGNANO,** Commissioner of § Social Security Administration, § *Defendant.* § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower (Dkt. 14). The report recommends that Defendant's Unopposed Motion to Remand (Dkt. 13) is **GRANTED** and the case is **REMANDED** to the Commissioner of Social Security for further for further administrative proceedings under 42 U.S.C. § 405(g). The report was filed on July 16, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendants' Unopposed Motion to Reverse with Remand (Dkt. 13) is **GRANTED.**

**SIGNED** this 19th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE