IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JERRY DEAN BURDEN,                           §
      *Plaintiff,*                              §
                                              §
*v.*                                         §          CASE NO. 1:25-CV-91-ADA-SH
                                              §
FRANK BISIGNANO, Commissioner of             §
Social Security Administration,              §
      *Defendants*.                             §

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 19. Judge Hightower recommends that this Court **GRANT** Burden's Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. 17) and **ORDER** the Commissioner to remit to Plaintiff's counsel a check made payable to "Jerry Dean Burden" for attorney's fees in the amount of $7,065.46, pursuant to 28 U.S.C. § 2412(d)(1)(A). The check may be mailed to Plaintiff's counsel, Michael Thomas Kelly, at Morgan & Weisbrod, PO Box 821329, Dallas, Texas 75382. *Id.* at 3. The report further recommends that this Court award $405 in filing fees to be paid from the Judgment Fund by the Department of the Treasury under 31 U.S.C. § 1304, made payable to Plaintiff and mailed to Plaintiff's counsel. *Id.* The report was filed on February 13, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When

no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 19) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Burden's Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. 17) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Commissioner remit to Plaintiff's counsel a check made payable to "Jerry Dean Burden" for attorney's fees in the amount of $7,065.46, pursuant to 28 U.S.C. § 2412(d)(1)(A). The check may be mailed to Plaintiff's counsel, Michael Thomas Kelly, at Morgan & Weisbrod, PO Box 821329, Dallas, Texas 75382.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $405 in filing fees to be paid from the Judgment Fund by the Department of the Treasury under 31 U.S.C. § 1304, made payable to Plaintiff and mailed to Plaintiff's counsel.

**SIGNED** this 4th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE